1  James Canfield (CA 32437)
2  55 E. Empire Street
   San Jose, California 95112
3  Tel: (408) 993-8472
   Fax: (408) 947-7716
4  Email: chenpknlaw@gmail.com

5  Attorney for Plaintiff

6

                    **UNITED STATES DISTRICT COURT**
7                **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
8

9  **MUNIR IQTISH**,                  )   **CASE NO.  3:12 cv-04523-SI**
   Plaintiff                          )
10                                     )
   vs.                                )
11                                     )
                                      )
12 **CAROL KELLER**, in her Official   )
   Capacity, Field Office Director, San )   **PLAINTIFF'S UNOPPOSED MOTION FOR**
   Jose District Office, U.S.         )   **CONTINUANCE OF CASE**
13 Citizenship and Immigration         )   **MANAGEMENT CONFERENCE**
   Services; **ROBERT LOONEY**,        )
14 District Director of U.S. Citizenship )
   and Immigration Services;          )     ORDER: The case management conference is continued to
15 **ALEJANDRO MAYORKAS**,            )   11/22/13 @ 9 a.m.
   Director, Bureau of Citizenship and )
16 Immigration Services, U.S. Dept. of )
   Homeland Security; **JANET**        )
17 **NAPOLITANO**, U.S. Secretary of   )
   Homeland Security; and **ERIC H.**  )
18 **HOLDER JR.**, U.S. Attorney       )
   General,                           )
19 Defendants                          )
                                      )
20                                     )
                                      )
21                                     )

22

23

24

25

IT IS SO ORDERED

Judge Susan Illston

1

The plaintiff, Munir Iqtish, by and through undersigned counsel, moves to continue the case management conference hearing currently set for November 6, 2013 at 3:00p.m.

In support of his motion, Mr. Iqtish shows unto the Court the following:

1. Mr. Iqtish's discovery deposition has been taken and no further discovery is contemplated .

2. Mr. Iqtish filed for summary judgment in this matter on October 15, 2013.

3. The summary motion hearing date is set for November 22, 2013 at 9:00a.m.

4. Counsels for both the Plaintiff and Defendants submit that the issues in this matter that will be presented at the motion hearing should be heard prior to further case management review.

5. Counsel has communicated by telephone with Defendants' counsel, Aram Gavoor, regarding this motion for continuance.  He stated no opposition to the motion.

WHEREFORE, Plaintiff respectfully requests the Court to continue his case management conference hearing.

Respectfully submitted,

Date:  October 23, 2013                    By:  _/s/ James Canfield_____
                                                James Canfield
                                                Attorney for Plaintiff

2

## PROOF OF SERVICE

I, the undersigned, declare that my office is in Santa Clara County, California.  I am over the age of eighteen (18) years and not a party to the action within.  My business address is 55 E. Empire Street, San Jose, CA 95112.  On October 23, 2013, I served the following documents:

PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE by placing a true and correct copy in a sealed envelope, each addressed as follows:

ARAM GAVOOR
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20001

**By mail.** I am readily familiar with the business for collection and processing of correspondence for mailing in the United States Postal Service and that this document, with postage fully prepaid, will be deposited with the United States Postal Service this date in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on October 23, 2013 at San Jose, California.

_____/s/ James Canfield_____

James Canfield