STUART F. DELERY
Assistant Attorney General
Civil Division, U.S. Department of Justice
ELIZABETH J. STEVENS VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation
ARAM A. GAVOOR CTBN 426-472
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice
PO Box 868, Ben Franklin Station
Washington DC 20044
Phone: (202) 305-8014
Fax: (202) 616-8962
E-mail: Aram.Gavoor@usdoj.gov
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MUNIR IQTISH,<br><br>Plaintiff,<br><br>v.<br><br>CAROL KELLER, FIELD OFFICE DIRECTOR, SAN JOSE DISTRICT OFFICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ET AL.,<br><br>Defendants. | Case No. 3:12-cv-04523-SI<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE** |

The parties in the above-titled action hereby submit this Joint Motion to Extend the briefing schedule related to Plaintiff's Motion for Summary Judgment, which was filed on October 17, 2013, by 14 days. ECF No. 31. The Government's response, which would be in the form of an opposition and cross-motion for summary judgment, is currently due on October 31,

2013. If the Court grants this motion, the Government's response would be due on November 14, 2013.

Good cause exists to grant this motion. The Parties are discussing the possibility of settlement, which would obviate the need for further litigation in this case. The Parties anticipate that they can conclude their discussions of settlement by November 14, 2013. Counsel for Plaintiff, Mr. James Canfield, has telephonically indicated to undersigned counsel his assent to join in this motion.

Dated: October 29, 2013

/s/ James Robert Canfield
JAMES ROBERT CANFIELD
Canfield Law Offices
55 E. Empire Street
San Jose, CA 95112
Phone (408) 993-8472
Fax: (408) 947-7716
E-mail: maheshbajoria@hotmail.com

Attorney for Plaintiff

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General
Civil Division

DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation

ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation

By: /s/ Aram A. Gavoor
ARAM A. GAVOOR
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-8014
Fax: (202) 616-8962
Email: Aram.Gavoor@usdoj.gov

Attorneys for Defendants

**[PROPOSED] ORDER**

The above Joint Motion to Extend Briefing Schedule is GRANTED.

Defendants' response to Plaintiff's Motion for Summary Judgment (ECF No. 31) is now due on November 14, 2013.

IT IS SO ORDERED.

Dated: 10/30/13

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

**Case No. 3:12-cv-04523-SI**

I hereby certify that on October 29, 2013, true and correct copies of the foregoing document were served pursuant to the district court's ECF electronic filing system to the following parties:

James Robert Canfield
Canfield Law Offices
55 E. Empire Street
San Jose, CA 95112
Phone (408) 993-8472
Fax: (408) 947-7716
E-mail: maheshbajoria@hotmail.com

*<u>/s/ Aram A. Gavoor</u>*
ARAM A. GAVOOR
Trial Attorney, District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-8014
Fax: (202) 616-8962
Email: Aram.Gavoor@usdoj.gov

Attorney for Defendants