STUART F. DELERY
Assistant Attorney General
Civil Division, U.S. Department of Justice
ELIZABETH J. STEVENS  VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation
        ARAM A. GAVOOR  CTBN 426-472
        Trial Attorney, District Court Section
        Office of Immigration Litigation
        U.S. Department of Justice
        PO Box 868, Ben Franklin Station
        Washington DC 20044
        Phone: (202) 305-8014
        Fax: (202) 616-8962
        E-mail: Aram.Gavoor@usdoj.gov
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MUNIR IQTISH,<br><br>        Plaintiff,<br><br>v.<br><br>CAROL KELLER, FIELD OFFICE DIRECTOR, SAN JOSE DISTRICT OFFICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ET AL.,<br><br>        Defendants. | Case No. 3:12-cv-04523-SI<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE** |

The parties in the above-titled action hereby submit this Joint Motion to Extend the briefing schedule related to Plaintiff's Motion for Summary Judgment, which was filed on October 17, 2013, by 14 days.  ECF No. 31.  The Government's response, which would be in the form of an opposition and cross-motion for summary judgment, is currently due on October 31,

Joint Motion to Extend Briefing Schedule          1
Case No. 3:12-cv-4523-SI

1  2013.  If the Court grants this motion, the Government's response would be due on November

2  14, 2013.

3       Good cause exists to grant this motion.  The Parties are discussing the possibility of

4  settlement, which would obviate the need for further litigation in this case.  The Parties anticipate

5  that they can conclude their discussions of settlement by November 14, 2013.  Counsel for

6  Plaintiff, Mr. James Canfield, has telephonically indicated to undersigned counsel his assent to

7  join in this motion.

8

9  Dated: October 29, 2013                    Respectfully submitted,

10

11  /s/ James Robert Canfield                 STUART F. DELERY
    JAMES ROBERT CANFIELD                     Assistant Attorney General
12  Canfield Law Offices                      Civil Division
    55 E. Empire Street
13  San Jose, CA 95112                        DAVID J. KLINE
    Phone (408) 993-8472                      Director, District Court Section
14  Fax: (408) 947-7716                       Office of Immigration Litigation
15  E-mail: maheshbajoria@hotmail.com
                                              ELIZABETH J. STEVENS
16  Attorney for Plaintiff                    Assistant Director, District Court Section
                                              Office of Immigration Litigation
17

18                                            By: /s/ Aram A. Gavoor
                                              ARAM A. GAVOOR
19                                            Trial Attorney, District Court Section
                                              Office of Immigration Litigation
20                                            Civil Division
21                                            U.S. Department of Justice
                                              P.O. Box 868, Ben Franklin Station
22                                            Washington, D.C. 20044
                                              Phone: (202) 305-8014
23                                            Fax: (202) 616-8962
                                              Email: Aram.Gavoor@usdoj.gov
24
25                                            Attorneys for Defendants

26

27

28

Joint Motion to Extend Briefing Schedule      2
Case No. 3:12-cv-4523-SI

**[PROPOSED] ORDER**

The above Joint Motion to Extend Briefing Schedule is GRANTED.

Defendants' response to Plaintiff's Motion for Summary Judgment (ECF No. 31) is now due on November 14, 2013.

IT IS SO ORDERED.

Dated: 10|30|13

_____

UNITED STATES DISTRICT JUDGE

Joint Motion to Extend Briefing Schedule          3
Case No. 3:12-cv-4523-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

**Case No. 3:12-cv-04523-SI**

    I hereby certify that on October 29, 2013, true and correct copies of the foregoing document were served pursuant to the district court's ECF electronic filing system to the following parties:

        James Robert Canfield
        Canfield Law Offices
        55 E. Empire Street
        San Jose, CA 95112
        Phone (408) 993-8472
        Fax: (408) 947-7716
        E-mail: maheshbajoria@hotmail.com


        */s/ Aram A. Gavoor*
        ARAM A. GAVOOR
        Trial Attorney, District Court Section
        Office of Immigration Litigation
        Civil Division
        U.S. Department of Justice
        P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
        Phone: (202) 305-8014
        Fax: (202) 616-8962
        Email: Aram.Gavoor@usdoj.gov

        Attorney for Defendants