IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUNIR IQTISH,

        Plaintiff,

  v.

CAROL KELLER, etc., et al,

        Defendants.

No. C 12-4523 SI

**ORDER TO FILE JOINT STATUS REPORT**

At the case management conference on February 10, 2014, the parties jointly agreed to submit the matters affected by this action to the Immigration Court for determination. The parties also withdrew their cross-motions for summary judgment, without prejudice.

The parties are **ORDERED to file a joint status report, on or before April 25, 2014,** informing the Court of the status of any Immigration Court or other proceedings, the anticipated termination date of such proceedings, and when the parties expect to be in a position to conclude this action.

**IT IS SO ORDERED.**

Dated: April 17, 2014

SUSAN ILLSTON
United States District Judge